IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BRAIDOR JIMENEZ,

        Petitioner,

vs.

CARL SAMUEL, JR., Director of
Federal Bureau of Prisons,

        Respondent.

CIVIL ACTION NO.: CV513-059

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Braidor Jimenez ("Jimenez") filed Objections. In his Objections, Jimenez asserts that the final administrative decision referred to in 8 U.S.C. § 1503(a) was the Bureau of Prisons' ("BOP") denial of his right to eligibility for halfway house placement. However, the final determination under section 1503(a) is the Administrative Appeals Unit's ("AAU") denial of an appeal in an application for a certificate of citizenship. Contrary to Jimenez's assertions in his Objections, he did not exhaust the proper administrative remedies before filing this cause of action.

AO 72A
(Rev. 8/82)

Jimenez's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Jimenez's Motion for Declaratory Judgment is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)